IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRIS M. NOCCHI,

        Plaintiff,

v.                                                No. CV 20-101 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

        Defendant.

## **FINAL JUDGMENT**

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 23), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse or Remand Decision of Administrative Law Judge*, (Doc. 18), shall be **GRANTED**. This case is therefore REMANDED to the Commissioner for further proceedings consistent with the Court's Opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE